DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ALLEN v. DUVALL

No. 437PA83.

Case below: 63 N.C. App. 342.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 10 January 1984 for the sole purpose of addressing the question of the sufficiency of the description of the easement in defendants' chain of title.

BOARD OF EDUCATION v. CONSTRUCTION CORP.

No. 517P83.

Case below: 64 N.C. App. 158.

Petition by defendant Heating Company for discretionary review under G.S. 7A-31 denied 10 January 1984.

CURL v. KEY

No. 533PA83.

Case below: 64 N.C. App. 139.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 10 January 1984.

DAIL PLUMBING v. ROGER BAKER & ASSOC.

No. 579P83.

Case below: 64 N.C. App. 682.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 January 1984.

HILTON v. HOWINGTON

No. 506P83.

Case below: 63 N.C. App. 717.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 January 1984.